UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Jay F. Neely
Chief U.S. Probation Officer



150 Rowan Street, Suite 110
Fayetteville, NC 28301-4920
Phone: 910-354-2538
Fax: 910-483-2690

**DATE:** December 5, 2025

**FROM:** Keith W. Lawrence
Supervisory U.S. Probation Officer

**SUBJECT:** **MEJIAS, Wilmer Luis**
**Case No.: 5:17-CR-392-2D**
<u>**Request for Early Termination**</u>

**TO:** James C. Dever III
United States District Judge

On January 21, 2020, Wilmer Luis Mejias was convicted of Conspiracy to Distribute and Possession With Intent to Distribute 5 Kilograms or More of Cocaine. Mr. Mejias appeared in United States District Court for the Eastern District of North Carolina and received 97 months imprisonment, followed by three years of supervised release. He began supervision on October 6, 2023.

Mr. Mejias has performed satisfactorily on supervision. He has submitted to DNA testing and has not incurred any new criminal charges. His case was evaluated as a low-risk supervision case and has been on our low-risk supervision program since October 15, 2024. All drug screens have been negative. Mr. Mejias is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on October 5, 2026.

The probation office respectfully requests early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          _____
James C. Dever III                                    Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

　　　　v.　　　　　　　　　　　　　　　　　Crim. No. 5:17-CR-392-2D

**WILMER LUIS MEJIAS**

　　　　On October 6, 2023, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.


　　　　　　　　　　　　　　　　　　　　　　/s/ Keith W. Lawrence
　　　　　　　　　　　　　　　　　　　　　　Keith W. Lawrence
　　　　　　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2538
　　　　　　　　　　　　　　　　　　　　　　Executed On: December 5, 2025


## ORDER OF COURT

　　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

　　　　Dated this __14__ day of __January__, 2026.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　James C. Dever III
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge